IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANEM DEMIRKAYA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>HAVEN RIVERFRONT RESTAURANT AND BAR LLC, and JERRY MAHER,<br><br>Defendants. | Civil Action No.:<br>2:21-cv-13841 (EP) (JBC) |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL, AND APPROVAL OF THE PROPOSED NOTICE OF SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class ("Motion for Preliminary Approval"), and in the Declaration of Louis Pechman in Support of Plaintiff's Unopposed Motion for Preliminary Approval ("Pechman Decl."), and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

(1) granting preliminary approval of the Parties' Settlement Agreement and Release (the "Stipulation"), annexed as Exhibit 1 to the Pechman Decl.;

(2) conditionally certifying a Settlement Class pursuant to Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the settlement;

(3) conditionally certifying a Settlement Class pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), for purposes of effectuating the settlement;

(4) appointing, for settlement purposes only, Plaintiff Sanem Demirkaya as Class Representative;

(5) preliminarily appointing Pechman Law Group PLLC as Class Counsel;

(6) appointing Rust as Settlement Administrator to exercise the duties set forth in the Stipulation;

(7) approving as to form and content the proposed Class Notice and setting deadlines for submission of completed Claim Forms and written requests for exclusion from the Settlement and service and filing of objections to the Settlement;

(8) directing the Settlement Administrator to mail the Notice Materials to the Class Members and carry out its duties as set forth in the Stipulation;

(9) scheduling a final approval hearing on the questions of (1) whether the Settlement should be finally approved as fair, reasonable, and adequate; (2) whether the Court should award the requested service payments to the Plaintiff; and (3) whether the Court should award the requested fees and costs to Class Counsel; and

[CONTINUED ON NEXT PAGE]

(10) granting such other, further, or different relief as the Court deems just and proper.

For the Court's convenience, a Proposed Preliminary Approval Order is enclosed as Exhibit 3 to the Pechman Decl.

Dated: New York, New York
July 12, 2022

                        PECHMAN LAW GROUP PLLC

By: *s/ Louis Pechman*
Louis Pechman, Esq.
Vivianna Morales, Esq.
488 Madison Avenue, 17th Floor
New York, New York 10022
Tel.: (212) 583-9500
pechman@pechmanlaw.com
morales@pechmanlaw.com

*Attorneys for Plaintiff, the Putative Rule 23 Class, and the Putative FLSA Collective*