IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANEM DEMIRKAYA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>HAVEN RIVERFRONT RESTAURANT AND BAR LLC, and JERRY MAHER,<br><br>Defendants. | **Civil Action No.:**<br>2:21-cv-13841 ~~(EP)~~ (JBC) |

### [~~PROPOSED~~] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT

On <u>September 30</u>, 2022, the Court heard an unopposed motion by Plaintiff Sanem Demirkaya ("Class Representative"). The Court has considered the Settlement Agreement and Release ("Stipulation") and the proposed Notice of Proposed Class and Collective Action Settlement and attached exhibits and <ins>for the reasons set forth on the record at the September 30, 2022 hearing,</ins> hereby finds and orders as follows:

The Court finds on a preliminary basis that the settlement memorialized in the Stipulation, filed with the Court, falls within the range of reasonableness and, therefore, meets the requirements for preliminary approval.

The Court conditionally certifies, for settlement purposes only, the following class ("Class") described in the Stipulation: Individuals who worked in tipped positions (such as servers, bartenders, bussers, runners, hosts) for Haven Riverfront Restaurant and Bar LLC d/b/a Haven located at 2 Main Street, Edgewater, New Jersey 07020, where such individuals work or have worked between July 20, 2015, and July 20, 2021.

The Court finds, for settlement purposes only, the requirements of Federal Rule of Civil Procedure 23(a) and Federal Rule of Civil Procedure 23(b)(3) are satisfied, with the exception of the manageability requirement of Rule 23(b)(3) that the Court need not address for purposes of

135357227

settlement. The Court further finds, for settlement purposes only, the requirements of the collective action provision of the Fair Labor Standards Act, 29 U.S.C. § 216(b), satisfied.

This Order, which conditionally certifies a class and collective action for settlement purposes only, shall not be cited in this or any matter for the purpose of seeking class or collective certification, opposing decertification, or for any other purpose, other than enforcing the terms of the Stipulation.

The Court appoints, for settlement purposes only, as Class Representative Sanem Demirkaya.

The Court appoints, for settlement purposes only, Pechman Law Group PLLC as Class Counsel for the purposes of settlement and the releases and other obligations therein. Rust is appointed as Settlement Administrator.

The Class Notice, attached to the Pechman Declaration in Support of Preliminary Approval as Exhibit 2 is approved. The Settlement Administrator is ordered to mail those documents to the Class members as provided in the Stipulation.

The Court will conduct a Final Approval Hearing on February 1, 2023, at 2:00 p.m. to determine the overall fairness of the settlement, attorneys' fees and costs to Class Counsel, enhancement to the Plaintiff, and whether final certification of the Fair Labor Standards Act collective action is appropriate. The Final Approval Hearing may be continued without further notice to Class Members. Class Counsel shall file the motion for final approval of the settlement sought in the Stipulation on or before January 20, 2022.

SO ORDERED this 30th day of September, 2022

_____
Honorable Magistrate Judge James B. Clark

2

135357227