IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SANEM DEMIRKAYA, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

HAVEN RIVERFRONT RESTAURANT AND BAR LLC, and JERRY MAHER,

Defendants.

Civil Action No.:
2:21-cv-13841 (EP) (JBC)

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, AND RELATED RELIEF**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class ("Motion for Final Approval"), and in the Declaration of Louis Pechman in Support of Plaintiff's Unopposed Motion for Final Approval ("Pechman Decl."), and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

(1) granting final approval of the Parties' Settlement Agreement and Release (the "Stipulation"), annexed as Exhibit 1 to the Pechman Decl.;

(2) certifying a Settlement Class pursuant to Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the settlement;

(3) certifying a Settlement Class pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), for purposes of effectuating the settlement;

(4) ordering Defendants, pursuant to the Stipulation, to pay $950,000.00, to the Claims Administrator's Settlement Account as set forth in the Stipulation;

(5) granting Class Counsel's request for attorneys' fees of $310,325.87;

(6) granting Class Counsel's request for reimbursement of costs of $5,091.40;

(7) granting the Class Representative's request for a Class Representative Award of $20,000.00;

(8) ordering the Class Administrator to distribute the Net Qualified Settlement Fund to the Claimants, the Class Representative, and Class Counsel in accordance with the terms of the Stipulation; and

(9) granting such other, further, or different relief as the Court deems just and proper.

[CONTINUED ON NEXT PAGE]

(10) granting such other, further, or different relief as the Court deems just and proper.

For the Court's convenience, a Proposed Final Approval Order is enclosed as Exhibit 4 to the Pechman Decl.

Dated: New York, New York
January 20, 2023

PECHMAN LAW GROUP PLLC

By: <u>s/ Louis Pechman</u>
Louis Pechman, Esq.
Vivianna Morales, Esq.
488 Madison Avenue, 17th Floor
New York, New York 10022
Tel.: (212) 583-9500
pechman@pechmanlaw.com
morales@pechmanlaw.com

*Attorneys for Plaintiff, the Putative Rule 23 Class, and the Putative FLSA Collective*